FOREST ELECTRIC CORPORATION, Respondent. v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.